AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District: Southern District of Texas | | |
|---|---|---|---|
| Name of Movant: Mario Romero-Barillas | Prisoner No. 31633-016 | | Case No. 5:16-CR-769-001 |
| Place of Confinement: FCI-II, Victorville California | | | |

UNITED STATES OF AMERICA       v.       Mario Romero-Barillas
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: U.S. Dist. Court for the Southern Dist. of Texas

   *United States Courts Southern District of Texas FILED APR 26 2019 David J. Bradley, Clerk Laredo Division*

2. Date of judgment of conviction: Nov. 29, 2016

3. Length of sentence: 41 months

4. Nature of offense involved (all counts): Conspiracy to transport and move an undocumented alien within the united states by means of transportation and otherwise

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

9. If you did appeal, answer the following:

    (a) Name of court _____ N/A _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐  No ☐

    (5) Result _____ N/A _____

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____

    _____

    _____

    _____

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____ N/A _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☒
(2) Second petition, etc.   Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ My attorney failed to do so. _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion. you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _Ineffective Assistance of Counsel_

Supporting FACTS (state briefly without citing cases or law) _United States Citizens are required to know the law, I am not a U.S Citizen. My attorney told me to plead guilty because I could not win, even if I did not commit the crime, it looked as though I did._

B. Ground two: _Court lacked jurisdiction to impose sentence under 8 USC §1324 (a)(1)(ii); (a)(1)(v)(i); and (a)(1)(B)(i)_

Supporting FACTS (state briefly without citing cases or law): _I did not conspire to transport undocumented aliens within the U.S. I did not gain commercial advantage or profit financially whatsoever. The U.S has absolutely no proof that I did so._

C. Ground three: _N/A_

Supporting FACTS (state briefly without citing cases or law): _____

AO 243 (Rev. 5/85)

D. Ground four: _N/A_

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

    None of my grounds have been presented because my attorney would not do so, even after I told him I did not transport anyone.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Marc Antonio Gonzalez, 1020 Main Ave. Laredo, TX. 78040

    (b) At arraignment and plea  ✓

    (c) At trial  ✓

    (d) At sentencing  ✓

AO 243 (Rev. 5/85)

(e) On appeal ____N/A_____

(f) In any post-conviction proceeding ____N/A_____

(g) On appeal from any adverse ruling in a post-conviction proceeding ____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: ____N/A____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10-1-17
(date)

_____
Signature of Movant

CERTIFICATE OF SERVICE

I, Mario Romero-Barillas, hereby certify that I served a true and correct copy of the following:

§2255 motion

which is deemed filed at the it was delivered to prison authorities for forwarding, by placing same in sealed, postage pre-paid envelope, see, **Houston v. Lack**, 487 U.S. 266 (1988)(Prison Mailbox Rule), addressed to:

U.S District Court
1300 Victoria Street
Suite 1131
Loredo, TX. 78040

U.S Attorney General
← same address

Filed this First day of October 20 17

Under 28 U.S.C. § 1746

Respectfully Submitted,

_____